AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2019

SEAN F. McAVOY, CLERK

JEFFERY LAMONT POOL,

*Petitioner*

v.

CRCC DEPARTMENT OF CORRECTION, DISTRICT COURT OF FRANKLIN COUNTY, WA STATE and WICHITA COUNTY TEXAS DA OFFICE,

*Respondent*

Civil Action No. 4:19-CV-5002-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petitioner's Writ of Habea Corpus Petition under 28 U.S.C. § 1915(a)(3) (ECF No. 1) is DISMISSED WITH PREJUDICE under Rule 4 of the Rules Governing Section 2254 Cases. Judgment is entered in favor of Respondents.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson.

Date: March 21, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb